# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE MENENDEZ,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>FINGERHUT BRANDS LLC, a business entity; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity; EQUIFAX INFORMATION SERVICES, LLC., is a business entity; BLST RECEIVABLES & SERVICING, LLC, a business entity, and DOES 1-25, Inclusive,<br>　　　　　　　　Defendant(s). | Case No. 2:22-cv-07670-SPG-JPR<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Leslie Menendez and Defendant BLST RECEIVABLES & SERVICING, LLC have announced to the Court that all matters in controversy between them in this action have been resolved.

///

///

1    A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.
2    *See* Having considered the Stipulation of Dismissal with Prejudice, the Court makes and
3    delivers the following ruling:
4    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff
5    Leslie Menendez against Defendant BLST RECEIVABLES & SERVICING, LLC and
6    "FINGERHUT BRANDS LLC" are in all respects dismissed with prejudice.

9    IT IS SO ORDERED.

11   Dated: January 9, 2024

12   HON. SHERILYN PEACE GARNETT
     UNITED STATES DISTRICT JUDGE